**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com

Attorneys for Defendants
WeWoreWhat LLC, Onia, LLC and
Danielle Bernstein

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CV COLLECTION LLC, a New York limited liability company, d/b/a The Great Eros,<br><br>         Plaintiff,<br><br>    vs.<br><br>WEWOREWHAT, LLC, et al.,<br><br>         Defendants. | Case No. 2:20-cv-10290-RGK-AS<br><br>**DEFENDANTS WEWOREWHAT LLC, ONIA, LLC AND DANIELLE BERNSTEIN'S MOTION AND NOTICE OF MOTION TO DISMISS, STAY, OR TRANSFER**<br><br>DATE: March 1, 2021<br>TIME: 9:00 am<br>CTRM: 850<br>COMPLAINT FILED: November 10, 2020<br><br>JUDGE: HON. R. GARY KLAUSNER |

TO THE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 1, 2021 at 9:00 am, or as soon thereafter as may be heard, Defendants WeWoreWhat, LLC ("WeWoreWhat"), Onia, LLC ("Onia"), and Danielle Bernstein ("Bernstein") (collectively, "Defendants") will, and hereby do, seek an order dismissing, staying, or transferring this action to the Southern District of New York.

This Motion is made on the grounds that venue is improper pursuant to Federal Rule of Civil Procedure 12(b)(3) and the complaint should be dismissed. Alternatively, the first-to-file rule allows this Court to dismiss, stay, or transfer this Action in favor of a previously filed related action that is currently pending in the Southern District of New York, *WeWoreWhat, LLC and Onia, LLC v. CV Collection, LLC d/b/a The Great Eros*, No. 1:20-cv-08623 as (1) Defendants' Southern District of New York Action was filed before this Action; (2) both actions involve the same parties; and (3) both actions involve the same issues.

This Motion is also made on the grounds that if the Court does not dismiss the case pursuant to Rule 12(b)(3), or dismiss, stay, or transfer this Action based on the first-to-file rule, then transfer is appropriate under 28 U.S.C. § 1404(a) because the interests of justice together with the convenience of the parties and witnesses demonstrate that the Southern District of New York is an appropriate and convenient forum.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Christina N. Goodrich and supporting exhibits, the pleadings and records on file in this case, and upon such arguments as may be presented to the court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on numerous occasions, including on at least January 12, 14, 15, 20, and 22, 2021. In follow up to a conference, on January 15, 2021, a draft of Defendants' memorandum in support of Defendants' motion to dismiss, stay, or

transfer was sent to Plaintiff along with a request for an additional meet and confer. The parties again conferred on January 20, 2021. The parties were unable to resolve the dispute to avoid the need to file this motion.

DATED:  January 25, 2021

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich

Attorney for Defendants
WeWoreWhat LLC, Onia, LLC and
Danielle Bernstein